UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MADLENA PAPE,

    Plaintiff,

v.                                          Case No.: _____

CAPIO PARTNERS LLC,

    Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367 1441, and 1446, defendant, Capio Partners LLC, ("Capio"), through undersigned counsel, hereby removes the above-captioned civil action from the County Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, Small Claims Division, to the United States District Court for the Middle District of Florida, Tampa Division. The removal of this civil case is proper because:

1. Capio is a named defendant in this civil action filed by plaintiff, Madlena Pape, ("plaintiff"), in the County Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, Small Claims Division, titled *Madlena Pape v. Capio Partners, LLC,* Case Number: 21-CC-050840 (hereinafter the "State Court Action").

2. Capio removes this case on the basis of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, as plaintiff's complaint claims relief based on alleged practices in violation of federal law.

3. Pursuant to 28 U.S.C. § 1446(b), Capio has timely filed this Notice of Removal. Capio was served with plaintiff's complaint on May 12, 2021. This Notice of Removal is filed within 30 days of receipt of the complaint.

4. Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

5. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the County Court of Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, Small Claims Division.

WHEREFORE, defendant, Capio Partners, LLC, hereby removes to this Court the State Court Action.

Dated: June 11, 2021

                                                Respectfully Submitted,

                                                */s/ Michael P. Schuette*
                                                Michael P. Schuette, Esq.
                                                Florida Bar No. 0106181
                                                Dayle M. Van Hoose, Esq.
                                                Florida Bar No. 0016277
                                                SESSIONS, ISRAEL & SHARTLE, LLC

> 3350 Buschwood Park Drive, Suite 195
> Tampa, Florida 33618
> Telephone: (813) 890-2460
> Facsimile: (877) 334-0661
> mschuette@sessions.legal
> dvanhoose@sessions.legal
> *Counsel for Defendant,*
> *Capio Partners, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of June 2021, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

> Thomas M. Bonan, Esq.
> Seraph Legal, P.A.
> 1614 N. 19th St.
> Tampa, FL 33605
> tbonan@seraphlegal.com

> */s/ Michael P. Schuette*
> Attorney