# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MADLENA PAPE,

       Plaintiff,

v.                                        Case No.: 8:21-cv-01420-TPB-CPT

CAPIO PARTNERS LLC,

       Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Capio Partners, LLC, through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties, have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents.  Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: July 2, 2021

                                Respectfully submitted,

                                */s/ Michael P. Schuette*
                                Michael P. Schuette, Esq.
                                Florida Bar No. 0106181
                                Dayle M. Van Hoose, Esq.
                                Florida Bar No. 0016277
                                SESSIONS, ISRAEL & SHARTLE
                                3350 Buschwood Park Drive, Suite 195
                                Tampa, Florida 33618
                                Telephone: (813) 890-2460

Facsimile: (877) 334-0661
mschuette@sessions.legal
dvanhoose@sessions.legal
*Counsel for Defendant,*
*Capio Partners, LLC*

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of July 2021, a copy of the foregoing was filed electronically via CM/ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Thomas M. Bonan, Esq.
Seraph Legal, P.A.
1614 N. 19th St.
Tampa, FL 33605
tbonan@seraphlegal.com

*/s/ Michael P. Schuette*
Attorney